UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NOUCHIE VELLON, on behalf of himself
and others similarly situated,

        Plaintiff,

  -v-                                        No.  1:22-CV-04809-LTS

THE CHEFS' WAREHOUSE, INC.,
DAIRYLAND USA CORPORATION, and
JOHN DOE

        Defendant.

-------------------------------------------------------x

## ORDER OF DISMISSAL

        The final Mediation Report has advised the Court that this action has been or will be settled.  Accordingly, it is hereby ORDERED that this action is dismissed with prejudice with respect to the named plaintiff and without prejudice as to all other putative class members, and without costs to any party, but without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within thirty (30) days of the date of this Order.  If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this thirty (30)-day period expires.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court to be so ordered.

SO ORDERED.

Dated: New York, New York
      January 8, 2024

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge